# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

ANDREAS JEJUAN SMITH

CRIMINAL COMPLAINT

CASE NUMBER: 2:07mj 67-WC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 22, 2007__ in __Montgomery__ county, in the **Middle** District of **Alabama** defendant(s) did, (Track Statutory Language of Offense)

forcibly assault, resist, oppose, impede, and interfere with a Federal officer, by means and use of a dangerous and deadly weapon, while the officer was engaged in and on account of the performance of his official duties,

in violation of Title __18__ United States Code, Section(s) __111(b)__.

I further state that I am a(n) **Deputy U.S. Marshal** and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE HEREIN**

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_John C. Hannicker_
Signature of Complainant

Sworn to before me and subscribed in my presence,

**July 26, 2007**                                              at   **Montgomery, Alabama**
Date                                                                    City and State

**WALLACE CAPEL, U.S. Magistrate Judge**
Name and Title of Judicial Officer                           Signature of Judicial Officer

## AFFIDAVIT

I, John C. Hamilton, hereby make the following statement under penalty of perjury.

I have been a Deputy U.S. Marshal in the Middle District of Alabama for 19 years. As a part of my official duties I locate and arrest fugitives wanted for violating laws of the United States and State of Alabama. I have been assigned to the United States Marshals Service Gulf Coast Regional Fugitive Task Force for the last year.

The Gulf Coast Regional Fugitive Task Force is a multi-agency task force comprised of local, state, and federal law enforcement officers tasked with arresting violent state and federal fugitives.

On July 6, 2007, the United States Marshals Service Gulf Coast Regional Fugitive Task Force received a request for assistance from the Montgomery Police Department regarding execution of a state arrest warrant for fugitive Andreas Jejuan Smith.

On June 22, 2007, Andreas Jejaun Smith was charged by the Montgomery District Court with violation of Section 13A-8-41, Code of Alabama 1975, Robbery First Degree, and an arrest warrant was issued. According to the arrest warrant, on June 22, 2007, at 10:15 a.m., Andreas Jejaun Smith entered Compass Bank, located at 3408 Eastern Boulevard, Montgomery, Alabama, and produced a note to the teller stating "this is a robbery." Andreas Jejaun Smith then stated he had a weapon and robbed the bank of assorted U.S. Currency. Andreas Jejaun Smith was identified by the teller in a Montgomery Police Department photo array.

On July 22, 2007, at approximately 11:00 p.m., Deputy U.S. Marshals (DUSM) attempted to serve the state arrest warrant on Andreas Jejaun Smith at 2861 Jan Drive, Montgomery, Alabama 36116.

I knocked on the front door of 2861 Jan Drive and Andreas Jejaun Smith answered the front door. I identified Andreas Jejuan Smith based upon a photograph provided by the Montgomery Police Department. I called him by name and identified myself as police. Andreas Jejaun Smith immediately shut the door. I attempted to kick the door open but was unsuccessful. United States Marshals Service Task Force Officer (USMS TFO) Dwayne Richardson then successfully kicked the door open. I heard two gunshots from inside the house which exited through the front door where USMS TFO Richardson and I had been standing.

I ran to the back of the residence located at 2861 Jan Drive and, along with USMS TFO Ted Williams, made entry through the rear sliding glass door. As I entered the rear of the residence, I saw three black males in the living room. The first individual, who was later identified as the owner of the residence, Willie J. Jackson, Jr., was located to my left and was sitting on the couch. An SKS assault rifle was located on the floor directly beside the couch on which Willie J. Jackson, Jr. was located. I told Willie J. Jackson, Jr. to get on the floor and he complied. The second individual, who was later identified as Garland Clark, was located to my right. He was ordered to get on the floor and complied. The third individual was Andreas Jejuan Smith. I had seen Andreas Jejuan Smith run from the kitchen area into the living room. Andreas Jejuan Smith dropped a Smith and Wesson .40 caliber semi-automatic handgun as soon as he saw me. Andreas Jejuan Smith continued running toward the sliding glass door at which time I

struck him in the head with my pistol. Andreas Jejuan Smith was knocked to the floor and continued to struggle. He was restrained and handcuffed.

Approximately two pounds of marijuana and two assault rifles, along with the handgun, were seized by the Montgomery Police Department. Numerous bullet holes were discovered in the home, two holes were located in the door slab and one hole was located in the door frame. Two .40 caliber bullet casings were recovered from the kitchen.

Based on the foregoing, I have probable cause to believe that Andreas Jejuan Smith did forcibly assault, resist, impede, intimidate and interfere with USMS TFO Dwayne Richardson and myself, by means and use of a deadly and dangerous weapon, while we were engaged in the performance of our official duties, all in violation of Title 18, United States Code, Section 111(b).

Sworn before:

John C. Hamilton,
Deputy United States Marshal
The United States Marshals Service,
Middle District of Alabama

Subscribed and sworn to
before me this 26th day
of July, 2007.

_____
United States Magistrate Judge

-3-