IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr165-MEF |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE
JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District

of Alabama, and represents and shows unto the Court that there is pending in the United States

District Court for the Middle District of Alabama an Indictment against Andreas Jejuan Smith, now

in custody of Montgomery County Jail, Montgomery, Alabama, and that said cause is set for

arraignment at Montgomery, Alabama, in this Honorable Court on August 28, 2007, at 10:30 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this

Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden,

Montgomery County Jail, Montgomery, Alabama, commanding him to deliver said prisoner to any

United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to

bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 28,

2007, at 10:30 a.m.

Respectfully submitted this the 21st day of August, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )        CR. NO. <u>2:07cr165-MEF</u>
                                )
ANDREAS JEJUAN SMITH            )

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed August 21, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, Montgomery, Alabama, commanding them to deliver Andreas Jejuan Smith, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on August 28, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE