IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) CR. No: 2:07cr165-MHT |
| | ) |
| ANDREAS JEJUAN SMITH | ) |

**MOTION TO SUPPRESS SUGGESTIVE OUT OF COURT IDENTIFICATION**

**COMES NOW** the Defendant, Andreas JeJuan Smith, by and through undersigned counsel, Kevin L. Butler, and moves to suppress and exclude from trial the suggestive out of court identification of the Defendant by Annette Nichols. In support of this motion the defendant states:

1) On or about June 22, 2007, the Compass Bank located at 3480 Eastern Boulevard was robbed. The government alleges the robber was an unarmed African-American male.

2) The day of the robbery, neither the victim teller nor any other person was asked to make a photographic identification of the robber.

3) On June 26, 2007, the victim teller contacted law enforcement and informed them that, Edmond T. Oliver, a cook working at Hooter's restaurant on Eastern Boulevard, resembled the person that robbed the bank on June 22, 2007. The cook was subsequently detained and questioned by law enforcement.[1]

4) Nevertheless, after having allegedly identified another person as the robber, on July 2, 2007, the victim teller after being presented with a suggestive photographic line-up

---

[1] The length of the detention and nature of the questioning is unclear from the discovery provided.

allegedly identified Mr. Smith as the robber.

5) If an identification is suggestive and unreliable, the identification must be suppressed. In assessing the reliability of an identification, the court is to view the totality of the circumstances. *Neil v. Biggers*, 409 U.S. 188 (1972); *United States v. Beale*, 921 F.2d 1412 (11th Cir. 1991). When reviewing the circumstances, the court is to consider the opportunity of the witness to view the crime, the witness' degree of attention, the accuracy of a prior description, and the time between the crime and the identification. *Id.*

6) At a hearing, the evidence and testimony would show that Ms. Nichols could not identify the robber of the Compass Bank and/or was coached by law enforcement to pick Mr. Smith out of the line-up. This is supported by the fact that four days after the robbery, Ms. Nichols identified Edmond T. Oliver as the robber. However, a week later she "changes her tune" when coached by police to identify Mr. Smith out of a line-up that was suggestively fashioned and structured such to assure Mr. Smith was identified.

WHEREFORE, because Mr. Smith was identified by Ms. Nichols after a suggestive identification, her out of court identification must be suppressed as unreliable.

Dated this 10th day of October 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138