IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| **ANDREAS JEJUAN SMITH** | ) | |

## MOTION TO SEVER COUNTS

**COMES NOW** Andreas JeJuan Smith, by and through undersigned counsel, Kevin L. Butler, and respectfully moves, pursuant to Fed. R. Crim. P. 14 and Fed. R. Crim. P. 8, to sever unrelated and prejudicial counts/charges in the Indictment. In support of this motion the Defendant would show:

1) Mr. Smith is charged in a four (4) count indictment with: (Count 1) - Unarmed bank robbery in violation of 18 U.S.C. § 2113(a); (Count 2) - Aggravated Assault of a Federal Officer in violation of 18 U.S.C. § 111(b); (Count 3) - Possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(iii); and (Count 4) - Being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

2) The offense alleged in Count 1 of the indictment is an unarmed bank robbery of a Compass Bank that occurred on June 22, 2007. The offense charged in Count 1 is not in the same or similar character as the offenses charged in Counts 2-4 which allege assault of a federal officer while in possession of a firearm. See United States v. Hersh, 297 F.3d 1233 (11th Cir. 2002). The evidence needed to establish the elements of this offense is temporally and factually unrelated to the evidence necessary to establish the offenses charged in Counts 2-4. Id. Additionally, Mr. Smith would be prejudiced by a joint trial

of all counts because whether or not a jury finds Mr. Smith guilty of this offense, it will improperly consider the evidence presented as to Count 1 in determining guilt as to the remaining and unrelated counts.  *Id.*

3) The offenses alleged in Counts 2-4 of the indictment relate to the alleged possession and discharge of a firearm by Mr. Smith on July 20, 2007 (approximately one month after the incident charged in Count 1).  The government does not allege that Mr. Smith possessed a firearm in connection with Count 1.  Additionally, the offenses charged in these counts are not of the same or similar character as the offense charged in Count 1 and the evidence needed to establish the elements of these offenses are temporally and factually unrelated to the evidence necessary to establish guilt of the offense charged in Count 1.  See *United States v. Hersh*, 297 F.3d 1233 (11th Cir. 2002).  Mr. Smith would be prejudiced by a joint trial of all counts because whether or not a jury finds Mr. Smith guilty of these offenses, it will improperly consider the evidence presented as to Counts 2-4 in determining guilt as to the remaining and unrelated count. *Id.*

WHEREFORE, for these reasons set forth above, Mr. Smiths asks that following a hearing on this matter, that Count 1 be severed and tried separately from Counts 2-4.

Dated this 10th day of October, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | )   CR. No: 2:07cr165-MHT |
| | ) |
| ANDREAS JEJUAN SMITH | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138