IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.   ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, **ANDREAS JEJUAN SMITH,** by and through undersigned counsel, Kevin L. Butler, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(B)(I), and respectfully moves this Court to continue the trial of this matter past the currently scheduled November 5, 2007 trial term to the next scheduled trial docket assigned to this trial judge.

In support of this Motion, Defendant would show the following:

1. Mr. Smith filed a motion to suppress identification and a motion to sever. A hearing on these motions was scheduled at the pretrial conference, though no scheduling Order has yet issued.

2. The request for a continuance is sought to allow careful consideration and resolution of Defendant's pending motions prior to a trial of this matter.

3. Further, undersigned counsel is expecting his first child this week. After the birth of the child undersigned counsel is scheduled to take two weeks paternity leave.

4. Government counsel does not oppose this Motion.

5. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, <u>cert. denied</u>, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(B)(I)

if it is in the interest of justice to allow sufficient time to consider the pretrial motions, this court has authority to continue trial. The Eleventh Circuit has held that "(t)he period of delay 'resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion' is excluded from the computation of [the] seventy-day limit" under the federal Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F). "The day that a pretrial motion is filed and the day on which the motion is decided by the court are excluded from the seventy-day clock." *United States v. Twitty,* 107 F.3d 1482, 1487 (11th Cir. 1997), quoting *United States v. Elkins,* 795 F.2d 919, 924 n. 1 (11th Cir.), *cert. denied,* 479 U.S. 952 (1986).

**WHEREFORE**, Mr. Smith respectfully requests that this Motion be granted and the trial in this matter be continued from the November 5, 2007 trial term to the next term of this Court.

Dated this 17th day of October, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.                        ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138