IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**ORDER**

Upon consideration of defendant's Motion to Suppress Suggestive Out of Court Identification (Doc. 15) and Motion to Sever Counts (Doc. 16) filed October 10, 2007, it is

ORDERED that the Government shall file responses to the motions on or before October 19, 2007.  It is further ORDERED that said motions are set for evidentiary hearing at **9:00 a.m.** on **October 23, 2007**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 19th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE