IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH ) | |

**UNOPPOSED MOTION TO RESCHEDULE SUPPRESSION HEARING**

COMES NOW the Defendant, **ANDREAS JEJUAN SMITH,** by and through undersigned counsel, and respectfully moves this Court to reschedule the evidentiary hearing on the Motion to Suppress which has been filed in this matter. That hearing is set for Tuesday, October 23, 2007 at 9:00 a.m. Defendant requests that it be rescheduled for Thursday, October 25, 2007 at 2:00 p.m.

In support of this Motion, Defendant would show the following:

1. Undersigned counsel's wife gave birth to their first child on the evening of October 18, 2007 and undersigned counsel is now on two weeks paternity leave.

2. Defense counsel has arranged for additional family help on Thursday, October 25.

3. Government counsel does not oppose this Motion.

**WHEREFORE**, Mr. Smith respectfully requests that this Motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| V. | )   CR. No: 2:07cr165-MHT |
| | ) |
| **ANDREAS JEJUAN SMITH** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138