IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**ORDER**

Upon consideration of defendant's Motion to Suppress Suggestive Out of Court Identification (Doc. 15) and Motion to Sever Counts (Doc. 16) filed October 10, 2007, and Motion to Continue Suppression Hearing (Doc. 23) filed October 22, 2007, it is

ORDERED that said Motion to Continue Suppression Hearing is **Granted** and the Motion to Suppress Suggestive Out of Court Identification and Motion to Sever Counts are set for evidentiary hearing at **2:00 p.m.** on **October 25, 2007,** in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 23rd day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE