IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**UNOPPOSED MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On August 15, 2007, the Grand Jury for the Middle District of Alabama returned an indictment against Defendant Andreas JeJuan Smith.

2. It was brought to the attention of the United States that the bank address was incorrectly listed and should be 3480 Eastern Boulevard. The United States respectfully moves to amend the style of the case and pleadings to reflect the bank's correct address which is 3480 Eastern Boulevard.

Respectfully submitted this 25th day of October, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Jerusha T. Adams
    JERUSHA T. ADAMS
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr165-MHT |
| | ) |
| ANDREAS JEJUAN SMITH | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esq.

                                            Respectfully submitted,

                                            /s/Jerusha T. Adams
                                            JERUSHA T. ADAMS
                                            Assistant United States Attorney
                                            131 Clayton Street
                                            Montgomery, AL 36104
                                            Phone: (334) 223-7280
                                            Fax: (334) 223-7135
                                            E-mail: jerusha.adams@usdoj.gov