IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                              )<br>)<br>ANDREAS JEJUAN SMITH        ) | CRIMINAL ACTION NO.<br>   2:07cr165-MHT |

### ORDER

It is ORDERED as follows:

(1) The motion to amend indictment (Doc. No. 25) is granted.

(2) The indictment (Doc. No. 3) is amended to reflect that the correct address of Compass Bank is 3480 Eastern Boulevard.

DONE, this the 25th day of October, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE