IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| **ANDREAS JEJUAN SMITH** | ) | |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. no. 29), to which no objections have been filed; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. no. 29) is adopted; and

(2) That defendant Andreas Jejuan Smith's motion to sever counts (Doc. no. 16) is denied.

DONE, this the 29th day of November, 2007.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE