IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
    v. ) CRIMINAL ACTION NO.
) 2:07cr165-MHT
**ANDREAS JEJUAN SMITH** )

## ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 28), to which no objections have been filed; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. No. 28) is adopted; and

(2) That defendant Andreas JeJuan Smith's motion to suppress (Doc. No. 15) is denied.

While there were no objections to the recommendation of the United States Magistrate Judge, this court still adds these comments. From its review of the record, this

court finds that the magistrate judge overstated the issue by finding "<u>nothing</u> in the photographic lineup which in any manner suggests to Nichols or anyone else to identify Smith as the bank robber." Report and Recommendation of the Magistrate Judge (Doc. No. 28), at 4 (emphasis added). Nonetheless, this court agrees with the ultimate finding that the photographic lineup was not "unduly suggestive." <u>Cikora v. Dugger</u>, 840 F.2d 893, 895 (11th Cir. 1988).

Moreover, even if the lineup had been unduly suggestive, this court finds that the identification was reliable because: Nichols had sufficient opportunity to observe the criminal at the time of the crime; she focused a sufficient degree of attention on the criminal; the suspect she identified in the lineup accorded with her prior description of the criminal after the robbery; she exhibited a great degree of certainty in identifying the suspect in the photographic lineup; and the length of

time between crime and confrontation was not excessive. See Neil v. Biggers, 409 U.S. 188, 199 (1972).

DONE, this the 29th day of November, 2007.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE