IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH ) | |

**DEFENDANT'S REQUESTED VOIR DIRE**

**NOW COMES** Andreas JeJuan Smith, by and through undersigned counsel, Kevin L. Butler, and respectfully requests that the following questions be included in the voir dire directed to the jury at the trial of this matter.

1.  During trial, everyone will need to hear the witnesses, the attorneys and the Court. With that in mind, if you can hear me clearly, please raise your hand.

2.  If any of you cannot read, write, speak or understand the English language, please raise your hand.

3.  If any of you cannot see well, please raise your hand.

4.  If any of you have been convicted of a felony in state or federal court and have not received a pardon, please raise your hand.

5.  It is a guiding principle of the American system of justice that any person accused of a crime is considered innocent until proven guilty beyond a reasonable doubt to the satisfaction of a jury of their peers. With this principle in mind, do each of you understand that an indictment is simply the Government's accusation against the Defendant and is not any evidence that the defendant is guilty? If you don't understand, please raise your hand so I can explain it in more detail. Do you have any problem with that concept?

6. Do you further understand that you cannot draw any inference that the Defendant is guilty of anything merely because the Government has accused him?

7. Do any of you feel that you cannot apply these principles as I have explained them to you?

8. Will each of you require the Government to prove to you the guilt of the defendant beyond a reasonable doubt before you render a verdict of guilty?

9. If the Government does prove the Defendant guilty beyond a reasonable doubt, will you be able to say so and render a verdict of guilty?

10. If the Government fails to prove the Defendant guilty beyond a reasonable doubt, will you be able to say so and render a verdict of not guilty?

11. Will you put aside any feeling of prejudice, sympathy or passion and decide this case solely on the evidence without regard to the consequences to the prosecution or to the Defendant?

12. If selected to serve on this jury, will you vote your own mind, even if you are in a small minority?

13. Are you related by blood or marriage to, or are you personally acquainted with the Defendant?

14. (Have each side name their witnesses) Are you related by blood or marriage to, or are you personally acquainted with any of the witnesses?

15. Do you or any member of your immediate family have any connection of any kind with the Defendant or any of the witnesses?

16. Identify for the jurors the various counsel participating in the case and inquire; are you related by blood or marriage, or do you know:

    A. (Have attorney identify other attorneys in his office) The defense attorney appearing in the case or any other attorney in his office?

    B. (Have all attorneys identified) The United States Attorney or any of his assistants?

  17. To the best of your knowledge, have you or has any member of your immediate family ever been counseled or represented by the United States Attorney or any of his assistants or by the defense attorney or members of their offices of which they are a member?

  18. Are any other members of this jury panel a relative, a close friend or associate of yours?

  19. Have you participated in a criminal case either as:

    A. A complainant or a Defendant;

    B. Witness for the prosecution or defense; or

    C. In any other capacity?

  20. Are you now or have you ever served as a law enforcement officer?

  21. Is any member of your immediate family or any close personal friend a law enforcement officer?

  22. Are you, any member of your immediate family, or a close personal friend a United States government official or employee?  Have you or any of them ever been a United States government official or employee?  In what capacity?

  23. Have you ever had, or do you have, or do you anticipate having, a dispute with the United States or any of the Defendants?

  24. You will hear testimony from law enforcement officers and agents.  Would you tend to believe the testimony of such a government agent or employee over testimony of a private

citizen just because he is a government employee or agent.

25. This is not a sequestered jury (explain). This trial will require an estimated two (2) days to complete. Are there any business, social or personal matters which would so interfere with your concentration during this trial for that period of time that you should not serve as a juror in this case?

26. Can you think of any other matter which you should call to the Court's attention which may have some bearing on your qualifications or competence as a juror?

27. Do you know of any reason, matter or thing that may prevent you from doing your sworn duty to render an impartial verdict based solely upon the evidence presented in this trial and the law as you receive it in the Court's instruction?

28. Has anyone ever worked in bank? If so in what capacity? Has the bank you work(ed) in ever been robbed? What were the circumstances of the robbery?

29. Has anyone ever been the victim of a robbery? What were the circumstances of the robbery?

30. Does anyone believe that eyewitness perception and identification are always accurate?

31. Does anyone believe that if a person purposefully or intentionally avoids contact with police, he or she must have committed a criminal offense or has something to hide?

32. Would anyone give more deference to the prosecution simply because they call more witnesses than the defense?

33. Does anyone believe an individual is guilty of criminal conduct, simply because he associates with persons who have engaged in criminal conduct, or merely present when others engage in criminal activity?

       Respectfully submitted,

       <u>s/ Kevin L. Butler</u>
       **KEVIN L. BUTLER**
       First Assistant Federal Defender
       201 Monroe Street, Suite 407
       Montgomery, Alabama 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       E-mail: kevin_butler@fd.org
       AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| **ANDREAS JEJUAN SMITH** | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                                 Respectfully submitted,

                                 s/ Kevin L. Butler
                                 **KEVIN L. BUTLER**
                                 First Assistant Federal Defender
                                 201 Monroe Street, Suite 407
                                 Montgomery, Alabama 36104
                                 Phone: (334) 834-2099
                                 Fax: (334) 834-0353
                                 E-mail: kevin_butler@fd.org
                                 AZ Bar Code: 014138