IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **V.** ) | CR. No: 2:07cr165-MHT |
| ) | |
| **ANDREAS JEJUAN SMITH** ) | |

## NOTICE OF ALIBI

NOW COMES the Defendant, Andreas Smith, by and through undersigned counsel and pursuant to Fed. R. Crim. P. 12.1 informs the government that at trial he may present an alibi defense. Specifically, the defendant may present evidence that at the time of the June 22, 2007 robbery of the Compass Bank, he was located at Briteny Crosky's (his sister) residence located at 3580 McGhee Plaza, #320, Montgomery, AL, (phone #284-5786[1]).[2]

Respectfully submitted,

s/ Kevin L. Butler
**KEVIN L. BUTLER**
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

---

[1] Ms. Croskey's phone is presently disconnected as a result of financial limitations. However, undersigned counsel met with her at her place of employment - Jack Ingram Volkswagen Dealership, Montgomery, AL.

[2] If the defense locates any other potential alibi witnesses, the government will be notified immediately.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )   )   ) | |
| V.                              ) | CR. No: 2:07cr165-MHT |
|                                 ) | |
| **ANDREAS JEJUAN SMITH**        ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                Respectfully submitted,

                s/ Kevin L. Butler
                **KEVIN L. BUTLER**
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138