IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue the trial in the above-styled case, and as grounds therefore says as follows:

1. Defendant Andreas Jejuan Smith is currently set for trial on December 10, 2007.

2. On August 28, 2007, the defendant appeared in open court in person and was arraigned. The United States provided discovery to the defendant at that time and submitted a written request, dated August 28, 2007, for a copy of all discovery to which it is entitled as well as a request for notice of any intent to use an alibi defense and the specific details surrounding the alibi defense.

3. On August 29, 2007, the Court issued an Order on Arraignment. (Doc. # 11.) In said Order, the Court directed that all pretrial motions and  "all notices under Fed. R. Crim. P. 12.1, 12.2 and 12.3 . . . must be filed no later than TWO DAYS BEFORE THE FIRST PRETRIAL CONFERENCE HELD IN THIS CASE." (*Id*. at 2.) The initial pretrial conference was set for October 12, 2007, thus any Fed. R. Crim. P. 12.1. notice was due to be filed no later than October 10, 2007. (*See id.* at 1.) Further, the Order directed that "[d]isclosures by the defendant, as required by ¶ 4 of the Standing Order on Criminal Discovery" shall be provided on or before **9/11/07**."

(*Id.* at 3.)

4. On December 4, 2007, at 4:49 p.m., defense counsel filed a Notice of Alibi pursuant to Fed. R. Crim. P. 12.1. (Doc. # 48.) The following day, at 10:03 a.m., defense counsel faxed to the undersigned notice of his intent to call Dr. Sol Fulero as an expert on cross-racial identification accompanied by the curriculum vitae for Dr. Fulero. The notice further stated that Dr. Fulero "will testify that members of a given race have difficulty identifying members of other races." No written summary detailing the bases and reasons for Dr. Folero's opinions was provided as required under Fed. R. Crim. P. 16(b)(1)(C).

5. Due to the defendant's untimely Notice of Alibi and Notice of Expert, both of which were submitted months after the deadline set forth in the Court's Order on Arraignment, the United States has less than seven days to prepare for these matters at trial. This short time period is wholly inadequate and denies the undersigned the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(8)(B)(iv).

6. The undersigned has contacted Kevin L. Butler, attorney for Defendant, and Mr. Butler has stated that he is presently awaiting information which he subpoenaed from the Montgomery Police Department. Therefore, it is anticipated that he needs additional time to review this information once he receives it and would benefit from a continuance of the trial.

Wherefore, the above premises considered, in the interest of judicial economy, under Fed. R. Crim. P. 16(d)(2)(B), to allow the United States to fully investigate the alibi defense presented

by the defense, and to obtain its own expert who can address cross-racial identification, the United States respectfully requests the Court to continue the trial in the above-styled matter.

Respectfully submitted this 5th day of December, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Jerusha T. Adams
        JERUSHA T. ADAMS
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334-223-7280 phone     334-223-7135   fax
        jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135   fax
jerusha.adams@usdoj.gov