IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| **ANDREAS JEJUAN SMITH** | ) | |

## ORDER

It is ORDERED that the motion to continue trial (Doc. No. 51) is denied.

DONE, this the 5th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**