IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL ACTION NO.
                            )      2:07cr165-MHT
ANDREAS JEJUAN SMITH         )

                           ORDER

    It is ORDERED that the motions in limine (Doc. Nos.

54 & 55) are set for submission, without oral argument,

on December 7, 2007, at noon, with all briefs due by said

date.

    DONE, this the 6th day of December, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE