IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| **ANDREAS JEJUAN SMITH** | ) | |

### RESPONSE TO GOVERNMENT'S MOTION IN LIMINE
### TO EXCLUDE ALIBI WITNESS

**COMES NOW** the Defendant, ANDREAS JEJUAN SMITH, by and through undersigned counsel, Kevin L. Butler, and, files a response to the government's motion in limine to prevent introduction of alibi evidence. (Docket #54).

The government accurately outlines discovery deadlines set forth in the Order on Arraignment filed in this case. See Docket #11. After arraignment, the defense was provided with approximately 400 pages of discovery and 4 CD's of data. There were no alibi witness listed in this information. After reviewing and investigating this information and conducting an independent investigation, prior to the status conference, the defense was not in possession of any information requiring notice of alibi under Fed. R. Crim. P. 12.1. However, contrary to the government's assertions, the pretrial conference is not a investigation/discovery cutoff. Undersigned counsel would continue to investigate the case. Pursuant to Fed. R. Crim. P. 12.1(c), 16(c) and this court's Standing Order on Criminal Discovery, any newly discovered reciprocal discovery would promptly be provided to the government.

As is often the case (in preparation of a defense case), based upon the discovery provided, case review and case investigation, it was anticipated that Mr. Smith's defense would focus on challenging wether as to each count, the government had proven all elements beyond a reasonable

doubt.[1] An affirmative defense was not anticipated, but any new and discoverable information would be immediately provided to the government.

Given the pendency of trial, after a "brainstorming" session on November 30, 2007, the defense team decided to make another effort to find exculpatory evidence. On Monday December 3, 2007, undersigned counsel was able to personally locate an alibi witness at her place of employment. The witnesses home phone had been disconnected and a prior attempt to locate her at her residence was not fruitful.[2] On December 4, 2007, a defense investigator was able to cooroberate information given by the witness and notice was immediately given to the government of the alibi witness. See Docket #48.

This notice was in no way a willful attempt to gain a tactical advantage over the prosecution. In fact, it was the result of a last ditch effort to "bang the bushes" for exculpatory evidence to assist Mr. Smith. Immediately after being obtained, the information was produced in compliance with Fed. R. Crim. P. 12.1(c) and 16(c) and the Standing Order on Criminal Discovery. Therefore, there is good cause for the late notice of alibi. See Fed. R. Crim. P. (d).

The alibi witness in this case is a single mother employed as a cashier at a local car dealer. All of her ties are to this community. Undersigned counsel does not believe she has any criminal history or engages in any criminal conduct. Any interview and background check can be conducted swiftly. The government's assertion they have been irreparably prejudiced is not accurate.

---

[1] A review of all subpoena's requested by the defense prior to December 4, 2007, will demonstrate that of the over 19 witnesses subpoenaed all were witness identified in the discovery. They were not witnesses discovered through defense investigation.

[2] This alibi witness has very limited financial means. As is often the case with the indigent, normal means of communication and correspondence are not effective (i.e. phone calls and letters). Investigators (or counsel) must literally "track" the person down.

WHEREFORE, the government's motion should be denied.

Respectfully submitted this 6th day of December 2007,

s/ Kevin L. Butler
**KEVIN L. BUTLER**
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.    ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                                        Respectfully submitted,

                                        s/ Kevin L. Butler
                                        **KEVIN L. BUTLER**
                                        First Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail: kevin_butler@fd.org
                                        AZ Bar Code: 014138