IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**RESPONSE TO THE GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OR IN THE ALTERNATIVE REQUEST FOR A *DAUBERT* HEARING**

**COMES NOW** the Defendant, ANDREAS JEJUAN SMITH, by and through undersigned counsel, Kevin L. Butler, and files a response to the government's motion in limine to exclude expert testimony or in the alternative request for a Daubert hearing. (Docket #55).

The government accurately outlines discovery deadlines set forth in the Order on Arraignment filed in this case. See Docket #11. After arraignment, the defense was provided with approximately 400 pages of discovery and 4 CD's of data. The defense was then given approximately 14 days to conduct the case review and investigation necessary to determine what necessary experts would be presented.

After reviewing the discovery provided and conducting an independent investigation, on or before September 11, 2007, the defense was not aware of or in possession of any expert testimony or evidence it would present at trial and whose disclosure was required under the Standing Order on Discovery or Fed. R. Crim. P. 16(b). However, the defense investigation would continue and pursuant to Fed. R. Crim. P. 16(c) and this court's Standing Order on Criminal Discovery, any newly discovered reciprocal discovery would promptly be provided to the government. It was anticipated that Mr. Smith's defense would focus on challenging wether as to each count, the

government had proven all elements beyond a reasonable doubt.[1] Neither expert testimony nor an affirmative defense was anticipated.

After a "brainstorming" session on November 30, 2007, it was suggested that based upon the race of the victim teller and the race of the bank robber, in addition to other issues surrounding the victim teller's identification of the robber, there may be an issue related to problems stemming from cross-racial identification.[2] In summary, cross-racial eyewitness misidentification occurs because over time persons develop a perceptual expertise as to the physical features and other characteristics of persons of the race/ethnicity they associate most frequently. Conversely, individuals tend to misidentify person of races and ethnicities with whom they lack perceptual expertise/experience.

After researching this issue, on December 3, 2007, undersigned counsel attempted to locate an expert on this topic. Undersigned counsel was able to contact Dr. Solomon Fulero. Dr. Fulero informed undersigned counsel he had previously provided expert testimony on this topic in other judicial proceedings. However, he informed counsel that he would not be available for Mr. Smith's December 10, 2007 trial. On December 5, 2007 at approximately 8:30 a.m. Dr. Fulero contacted undersigned counsel and informed him his schedule had changed and he could be available to provide expert testimony at Mr. Smith's trial. After discussing his potential testimony and receiving his resume, undersigned counsel immediately (less than two hours after being told the expert was available) informed the government of the expert, provided the government with a copy of Dr.

---

[1] A review of all subpoena's requested by the defense prior to December 4, 2007, will demonstrate that of the over 19 witnesses subpoenaed all were witness identified in the discovery. They were not witnesses discovered through independent defense investigation or the anticipated use of expert testimony.

[2] Undersigned counsel has never utilized this form of expert testimony.

Fulero's resume and provided a description of Dr. Fulero's testimony. Though brief, undersigned counsel believes the summary provided the government accurately outlines/describes Dr. Fulero's testimony.

This notice of expert testimony was in no way a willful attempt to gain a tactical advantage over the prosecution. In fact, it was the result of a last ditch effort to "bang the bushes" for exculpatory evidence to assist Mr. Smith. Immediately after being obtained, the information was produced in compliance with Fed. R. Crim. P. 16(c) and the Standing Order on Criminal Discovery.

This court has the discretion as to whether or not to allow this expert testimony. Compare United States v. Brownlee, 454 F.3d 131 (3rd Cir 2006); United States v. F. Smith, 122 F.3d 1355 (11th Cir. 1997). Though the defense believes this scientific and specialized knowledge would not be confusing, will assist the trier of fact and is conformity with the standards set forth in Fed. R. Evid. 702, in order to ensure the effective and efficient presentation of evidence, the defense does not contest the government's request for a Daubert hearing. Id.

WHEREFORE, the defendant request the government's motion to exclude the evidence be denied at this time and a Daubert hearing conducted.

Respectfully submitted this 7th day of December 2007,

s/ Kevin L. Butler
**KEVIN L. BUTLER**
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.                        ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH    ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
**KEVIN L. BUTLER**
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

4