IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| **ANDREAS JEJUAN SMITH** | ) | |

### ORDER

In light of the continuance of the trial of this cause, it is ORDERED that the motion in limine to prevent introduction of alibi evidence (Doc. No. 54) is denied. The court will allow defendant Andreas JeJuan Smith to pursue his alibi defense.

DONE, this the 7th day of December, 2007.

             /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE