IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| **ANDREAS JEJUAN SMITH** | ) | |

### ORDER

In light of the continuance of the trial of this cause, it is ORDERED that the motion in limine to exclude expert testimony (Doc. No. 55) is denied. The court will allow defendant Andreas JeJuan Smith to prepare his expert testimony for consideration by the court. By no later than Wednesday, December 12, 2007, defendant Smith is to prepare an adequate summary of his expert's testimony.

It is further ORDERED that the alternative motion for Daubert hearing (Doc. No. 55) is denied with leave to

either party to renew the request by no later than February 1, 2008.

DONE, this the 7th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE