IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL ACTION NO.
                            )      2:07cr165-MHT
ANDREAS JEJUAN SMITH        )

<u>ORDER</u>

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 58) is denied.

(2) The alternative motion to exclude evidence and
    testimony (Doc. No. 58) is denied as to "the
    testimony of Glenn Teague" and "any evidence
    flowing from Mr. Teague's statements."

(3) The alternative motion to exclude evidence and
    testimony is referred to the magistrate judge
    for recommendation as to "all evidence and
    statements related to the shooting at 2861 Jan
    Drive, Montgomery, AL, on July 20, 2007."

DONE, this the 7th day of December, 2007.


        <u>    /s/ Myron H. Thompson    </u>
        UNITED STATES DISTRICT JUDGE