IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

## ORDER

Pending before the Court is *Defendant's Motion to Dismiss or In the Alternative Motion to Exclude Evidence and Testimony* (Doc. 58, filed December 6, 2007). It is **ORDERED** that a hearing on the motion is set for **January 7, 2008 at 2:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the Marshal shall produce him for the hearing.

DONE this 11th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
**UNITED STATES MAGISTRATE JUDGE**