IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| ANDREAS JEJUAN SMITH | ) | |

<u>ORDER</u>

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. No. 71), to which no objection has been filed, is adopted.

(2) The alternative motion to exclude evidence (Doc. No. 58) is denied as moot.

DONE, this the 13th day of February, 2008.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**