IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:07cr165-MHT |
| **ANDREAS JEJUAN SMITH**    ) | |

### ORDER

It is ORDERED that the government's motion to substitute counsel (Doc. No. 78) is granted.

DONE, this the 5th day of March, 2008.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE