IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

### UNOPPOSED MOTION FOR SPECIAL SETTING FOR TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests a special setting for the commencement of trial in this case.

1.     This case is set for the March 17, 2008, criminal trial term.

2.     The undersigned AUSA and the attorney for Defendant have determined that this case is most unlikely to settle and will proceed to trial.

3.     The victim bank teller of the bank robbery charged in Count 1 of the Indictment is indispensable to this case and is scheduled to be out of town on March 17, 2008.

4.     The United States, therefore, requests that the trial in this case be specially set to commence on March 18, 2008.

5.     The parties anticipate that the trial will last no longer than four days.

6.     The attorney for Defendant, Kevin Butler, has informed the undersigned AUSA that he does not oppose such special setting.

Respectfully submitted this the 6th day of March, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
     v.     )     CR. NO.  2:07-cr-165-MHT
     )
ANDREAS JEJUAN SMITH     )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Butler.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov