IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

## MOTION FOR SPECIAL SETTING FOR TRIAL

COMES NOW the Defendant, **ANDREAS JEJUAN SMITH,** by and through undersigned counsel, Kevin L. Butler, and requests a special setting for the commencement of trial in this case. In support of this Motion, Defendant would show the following:

1. Following jury selection on March 17, 2008, this trial is scheduled to begin.

2. Undersigned counsel has personal obligations which necessitates placement of this trial on March 19, 2008.

**WHEREFORE**, Mr. Smith respectfully requests that this Motion be granted and the trial in this matter be specially set on Wednesday, March 19, 2008.

Dated this 7th day of March, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | )   CR. No: 2:07cr165-MHT |
| | ) |
| ANDREAS JEJUAN SMITH | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138