IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:07cr165-MHT
ANDREAS JEJUAN SMITH        )
```

### ORDER

It is ORDERED as follows:

(1) The motions for special setting of trial (Doc. Nos. 83 & 85) are granted.

(2) The trial shall begin on March 19, 2008, at 10:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

(3) Jury selection, however, shall remain on March 17, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 7th day of March, 2008.

                                           /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE