IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| **ANDREAS JEJUAN SMITH** | ) | |

<u>ORDER</u>

It is ORDERED that the government's motion in limine to exclude expert testimony (doc. no. 88) is set for submission, without oral argument, on noon on March 14, 2008, with initial briefs and evidentiary materials due from both the government and defendant Andreas JeJuan Smith by 5:00 p.m. on March 13, 2008, and cross-replies due by noon on March 14, 2008.

DONE, this the 12th day of March, 2008.

                                             /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**