IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )      2:07cr165-MHT
ANDREAS JEJUAN SMITH          )

<u>ORDER</u>

It is ORDERED that the government's motion to introduce the expert's conviction (doc. no. 89) is set for submission, without oral argument, on March 13, 2008, at 5:00 p.m., with any briefs and evidentiary materials due by said date and time.

DONE, this the 12th day of March, 2008.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE