IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.                                                      ) | CR. No: 2:07cr165-MHT |
| ) | |
| ANDREAS JEJUAN SMITH            ) | |

**DEFENDANT'S RESPONSE TO UNITED STATES' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY**

**COMES NOW** the Defendant, Andreas JeJuan Smith, by and through undersigned counsel, Kevin L. Butler, and moves to admit the testimony of our expert, Dr. Solomon Fulero. In support of this motion the defendant states:

1) On December 5, 2008 and on December 11, 2008, this office notified the United States Attorney's Office of our intent to call Dr. Fulero as an expert witness. In each notification, this office identified the purpose and proposed content of Dr. Fulero's testimony at trial.

2) On December 7, 2007, the Honorable Myron H. Thompson, United States District Judge, denied the United States' motion to exclude expert testimony, but granted leave for either party to renew the request no later than February 1, 2008.

3) Pursuant to this Court's order, the United States failed to renew their motion in limine to exclude Dr. Fulero's testimony or its request for a *Daubert* hearing prior to February 1, 2008. Instead, the government re-filed its motion to exclude the expert's testimony on March 10, 2008 seven days prior to the beginning of trial.

4) Having ignored this Court's Order directing the United States to respond prior to February 1, the government now comes at the eleventh hour seeking to exclude the testimony of the

Defendant's expert on the basis that the second prong of the *Daubert* standard has not been satisfied.

5) Had the government complied with the Court's order and timely filed this motion, this Court and the defense would have had adequate time to address the issues raised. However, due to the untimely motion from the government, the Defendant has been unduly burdened and prejudiced, and as a result, there is not adequate time to fully and comprehensively address the issues raised by the government's late motion.

6) As with all evidentiary rulings, the admissibility of expert testimony is within the sound discretion of the trial court. *United States v. Thevis,* 665 F.2d 616, 641 (5th Cir. Unit B 1982) (superceded by statute on other grounds). Furthermore, none of the cases cited by the government in its motion **require** that the court exclude the expert testimony proposed by the defense.

7) Regardless of the government's failure to comply with this Court's order, Dr. Fulero's scientific and specialized knowledge comply with Rule 702 and the *Daubert* standard and will assist the trier of fact in understanding the issues that are in dispute in this matter. Specifically, his testimony will assist the trier of fact in understanding issues regarding the teller's misidentification of an innocent man and the suggestiveness of the photographic line-up presented to her by the police.

WHEREFORE, because of the untimeliness of the government's filing and the other reasons set forth above, the government's motion to exclude Dr. Fulero's testimony should be denied.

Dated this 13th day of March 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:07cr165-MHT |
| ) | |
| **ANDREAS JEJUAN SMITH** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138