✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

ANDREAS JEJUAN SMITH

## NOTICE

CASE NUMBER:  2:07cr165-MHT

---

TYPE OF CASE:

☐ **CIVIL**      X  **CRIMINAL**

---

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

JURY SELECTION & TRIAL

---

X  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex   2FMJ One Church Street Montgomery, AL 36104 | 3/17/08 @ 10:00 a.m. | 3/19/08 @ 10:00 a.m. |

*Debra P. Hackett*

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

3/13/2008
DATE

(BY) DEPUTY CLERK