IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

UNITED STATES' MOTION IN LIMINE TO EXCLUDE TESTIMONY, EVIDENCE, OR ARGUMENT OF PENDING MARIJUANA CHARGES

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to exclude any testimony, evidence, or argument regarding the marijuana found in the residence located at 2861 Jan Drive on the evening of Defendant's arrest. As grounds for this Motion, the United States avers as follows:

1. On July 20, 2007, Defendant was arrested at the residence located at 2861 Jan Drive. This 2861 Jan Drive residence is the residence of Willie Jackson, Junior ("Jackson"). Law enforcement recovered a clear bag containing approximately one pound of marijuana at the residence during the arrest. Upon questioning by law enforcement, Jackson admitted ownership of the marijuana. Consequently, Jackson was arrested and charged with Marijuana First Degree.

2. The United States intends to call Jackson as a witness to the shooting, as alleged in Count 2 of the Indictment, which occurred at his residence. The United States anticipates that Jackson will testify that Defendant was the shooter and that he, Jackson, did not participate in the shooting. The United States has made no promises of immunity, leniency, preferential treatment, or other inducements to Jackson.

3.  On this afternoon, Tiernan Luck, counsel for Jackson, informed the undersigned that his client will invoke his Fifth Amendment privilege if asked a question regarding the marijuana found in the residence located at 2861 Jan Drive on the evening of Defendant's arrest. Although the United States does not intend to question Jackson regarding the marijuana and pending state marijuana charge, the defense may attempt to impeach Jackson with said information.

4.  The United States contends that Rules 607, 608, and 609 of the Federal Rules of Evidence, do not provide for impeachment of a witness by pending criminal charges. Moreover, such impeachment is irrelevant to the facts of this case as well as to Jackson's truthfulness. *See* Fed. R. Evid. 401, 608. Further, to the extent that such evidence is deemed relevant by the Court, its probative value is substantially outweighed by the danger of unfair prejudice, and impeachment of Jackson by the marijuana and pending marijuana charges would only serve to delay the trial by Jackson invoking his Fifth Amendment privilege outside of the jury's presence and cause jury confusion. *See* Fed. R. Evid. 403.

WHEREFORE, the above premises considered and under Fed. R. Evid. 403, the United States respectfully requests that this Honorable Court enter an order excluding any testimony, evidence, or argument regarding the marijuana found in the residence located at 2861 Jan Drive on the evening of Defendant's arrest.

Respectfully submitted this the 17th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone     334-223-7135   fax
jerusha.adams@usdoj.gov