IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**DEFENDANT'S RESPONSE TO UNITED STATES' MOTION IN LIMINE TO EXCLUDE TESTIMONY, EVIDENCE OR ARGUMENT OF PENDING MARIJUANA CHARGES**

**COMES NOW** the Defendant, Andreas JeJuan Smith, by and through undersigned counsel, Kevin L. Butler, and submits this response to the government's last minute motion in limine to exclude testimony, evidence or argument of pending marijuana charges: In support of this motion the defendant states:

1) After 5:00 p.m. on March 17, 2008, the government moved *in limine* to exclude testimony, evidence, or arguments of pending marijuana charges.

2) First, this filing is untimely. The defense did not receive this motion until the day before trial and over a week after the deadline for filing motions in limine. As a result, instead of working to be fully prepared for Mr. Smith's trial, undersigned counsel is using time and resources to address this untimely motion. Because the pleading is untimely it should be denied.

3) Second, the motion is an attempt at what the defense will call "bootstrapping". The government wants to limit impeachment of Mr. Willie Jackson based upon a pending case. However, it "bootstraps" onto this motion in limine a request to completely exclude any evidence regarding the marijuana found at 2861 Jan Drive (the residence). These are two

different requests.

4) As to the government's request to limit under Fed.R.Evid. 607, 608, and 609, because Mr. Jackson has yet to be convicted of any conduct related the marijuana and firearms found at his residence, the defense does not intend to impeach him under Federal Rules of Evidence based upon a prior conviction for the conduct. However, the defense will explore any <u>Brady</u> or <u>Giglio</u> information pertaining to Mr. Jackson as well as his knowledge of the marijuana in the residence. If Mr. Jackson invokes his right to remain silent, the defense will end its inquiry.

5) Unrelated to their Fed.R.Evid. 609 request, the government then moves to exclude all evidence related to the marijuana found in the house. This type of bootstrapping is erroneous.

6) A central, critical, relevant and material at issue in this trial will be a determination of who possessed and discharged a firearm(s) at 2861 Jan Drive in the moments prior to Mr. Smith's arrest. <u>See</u> Fed.R.Evid. 401, 402. The government believes they will be able to show that Mr. Smith possessed and discharged a firearm. The defense will present evidence that the residence was a "drug house" occupied/owned and controlled by Willie Jackson. As protection for the drugs (i.e. the marijuana) in the residence, Mr. Jackson maintained multiple firearms within the residence. On July 20, 2007 while under the belief someone was attempting to rob him of the one (1) pound of marijuana he had stored in his residence, Mr. Jackson and/or his drug conspirator, Garland Jamaal Clark, fired the weapons found at the residence. Mr. Smith did not fire or possess any weapon.

7) This evidence is critical and probative as to the issue of who possessed and discharged the

firearm(s).  See Fed.R.Evid. 403.  Additionally, the issue is straight forward and there is no possibility of confusing or misleading the jury. See Fed.R.Evid. 403. Finally, if the trier of fact believes Mr. Jackson and Mr. Clark possessed and discharged the firearm(s) (not Mr. Smith), there will be no prejudice to Mr. Smith. Id.

WHEREFORE, for the reasons set forth above the government's untimely motion in limine should be denied.

Dated this 18th day of March 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:07cr165-MHT |
| ) | |
| **ANDREAS JEJUAN SMITH** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138