IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

## ACKNOWLEDGMENT

I, Andreas Jejuan Smith, have been informed that Danielle Mason is a legal intern at the Federal Defenders' Office and presently seeking admission to the Alabama State Bar. Having complete knowledge of these fact, I consent and request that she be allowed to argue pleadings in my case, USA v. Andreas Jejuan Smith, while under the direct supervision of lead counsel, Kevin L. Butler.

_Andreas Smith_
ANDREAS JEJUAN SMITH
DATE: 3/19/08