IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| ANDREAS JEJUAN SMITH | ) | |

## ORDER

It is ORDERED as follows:

(1) The government's oral motion to withdraw, made in open court on March 19, 2008, is granted.

(2) The government's motion in limine (Doc. No. 99) is withdrawn.

DONE, this the 20th day of March, 2008.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE