IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**JOINT STIPULATION FOR TRIAL**

The parties hereby agree to the following:

The Smith & Wesson, .40 caliber semi-automatic handgun named in Count 4 of the Indictment did travel in and effect interstate commerce.


3.19.08
Date

3/19/08
Date

3/19/08
Date

*Jerusha J. Adams*
Jerusha T. Adams
Assistant United States Attorney

*[signature]*
Kevin L. Butler
Counsel for the Defendant

*Andreas Smith*
Andreas Jejuan Smith
Defendant