IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| ANDREAS JEJUAN SMITH | ) | |

## ORDER

Due to the death in the family of one of the jurors, it is ORDERED that the jury trial shall resume on March 31, 2008, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 24th day of March, 2008.

    /s/ Myron H. Thompson
 UNITED STATES DISTRICT JUDGE