IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )       2:07cr165-MHT
ANDREAS JEJUAN SMITH          )
```

### ORDER

It is ORDERED as follows:

(1) The out-of-the-presence-of-the-jury cross-examination of Dr. Solomon Fulero shall resume at 7:00 a.m. on March 31, 2008, at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(2) The jury trial shall resume at 9:00 a.m. on March 31, 2008, at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama. Defendant Andreas Jejuan Smith shall immediately

commence with the calling of witnesses other than Dr. Fulero, so as to give the court time to resolve the pending motions in limine regarding Dr. Fulero.

DONE, this the 27th day of March, 2008.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**