FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AUG 1 5 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07-CR-165-MHT |
| | ) | [18 USC § 2113(a); |
| ANDREAS JEJUAN SMITH | ) | 18 USC § 111(b); |
| | ) | 18 USC § 922(g)(1); |
| | ) | 18 USC § 924(c)(1)(A)(iii)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about June 22, 2007, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

### ANDREAS JEJUAN SMITH,

did knowingly and willfully take by force and violence and intimidation from the person and presence of another, money, belonging to and in the care, custody, control, management, and possession of Compass Bank located at 3480 Eastern Boulevard, Montgomery, Alabama, a federally insured bank, in violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

On or about July 20, 2007, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

### ANDREAS JEJUAN SMITH,

knowingly and by means and use of a deadly or dangerous weapon, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputies of the United States Marshals Service, while they were engaged in and on account of the performance of their official duties, in violation of Title

18, United States Code, Section 111(b).

## COUNT 3

On or about July 20, 2007, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

**ANDREAS JEJUAN SMITH,**

knowingly used and carried a firearm during and in relation to and possessed a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to-wit: forcibly assaulting a federal officer with use of a deadly weapon as charged in Count 2 of this Indictment. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 4

On or about July 20, 2007, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

**ANDREAS JEJUAN SMITH,**

having been previously convicted of felonies, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

| CONVICTION DATE | COURT | OFFENSE | CASE NUMBER |
| --- | --- | --- | --- |
| April 13, 2000 | Circuit Court of Montgomery County, Alabama | Receiving Stolen Property | CC-2000-129 |
| April 13, 2000 | Circuit Court of Montgomery County, Alabama | Receiving Stolen Property | CC-2000-130 |

did knowingly and willfully possess a firearm, in and affecting commerce, that is a loaded Smith & Wesson, .40 caliber semi-automatic handgun, a better description of which is unknown to the

grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JOHN T. HARMON
Assistant United States Attorney

_____
JERUSHA T. ADAMS
Assistant United States Attorney