IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Louis V. Franklin, Sr., and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 2nd day of April, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Louis V. Franklin, Sr.
> LOUIS V. FRANKLIN, SR.
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: louis.franklin@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esq.

    Respectfully submitted,

    /s/Louis V. Franklin, Sr.
    LOUIS V. FRANKLIN, SR.
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: louis.franklin@usdoj.gov