IN THE DISTRICT COURT OF THE UNITED STATES FOR

THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. |
| | ) 2:07cr165-MHT |
| ANDREAS JEJUAN SMITH | ) |

## VERDICT

As to the charge in Count I of the Indictment, we, the jury, find the defendant, Andreas JeJuan Smith,

_____ NOT GUILTY

_____✓_____ GUILTY

As to the charge in Count II of the Indictment, we, the jury, find the defendant, Andreas JeJuan Smith,

_____✓_____ NOT GUILTY

_____ GUILTY

As to the charge in Count III of the Indictment, we, the jury, find the defendant, Andreas JeJuan Smith,

_____✓_____ NOT GUILTY

_____ GUILTY

As to the charge in Count IV of the Indictment, we, the jury, find the defendant, Andreas JeJuan Smith,

_____NOT GUILTY

_____✓_____GUILTY

DONE, this the __2__ day of April, 2008

_____
FOREPERSON