IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)   2:07cr165-MHT
**ANDREAS JEJUAN SMITH** )

### ORDER

It is ORDERED that the government and defendant Andreas JeJuan Smith are to file briefs addressing the following sentencing issues:

(1) Whether a court can, in general, consider acquitted conduct.

(2) Whether, under the specific circumstances presented in this case, this court <u>can</u> consider acquitted conduct.

(3) Whether, under the specific circumstances presented in this case, this court <u>should</u> consider acquitted conduct.  And, assuming so, how, if at all, the conduct should be considered

in calculating the correct guideline range and how, if at all, the conduct should be considered in determining the sentence as a variance from the guidelines pursuant to 18 U.S.C. § 3553(a). In addressing these issues, each party should set forth the facts as that party believes the court should find them.

It is further ORDERED that the government is to file its brief by April 25, 2008, and defendant Smith is to file his brief by May 2, 2008.

It is further ORDERED that. in preparing the pre-sentence report, probation is to consider and address the above issues in arriving at a recommended sentence for defendant Smith.

DONE, this the 18th day of April, 2008.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE