```
1              IN THE UNITED STATES DISTRICT COURT
                              FOR
2                   THE MIDDLE DISTRICT OF ALABAMA
3
4
5
6   THE UNITED STATES
       OF AMERICA
7                                      CRIMINAL ACTION NO.
         vs.                           2:07-Cr-165-MHT
8
    ANDREAS JEJUAN SMITH
9
10
11
12
13                         VOLUME V OF VII
                            4TH DAY OF:
14                       TRIAL POSTPONEMENT
                        DUE TO JUROR HARDSHIP
15
16
17
18                       * * * * * * * * *
19
20  HEARD BEFORE:     The Hon. Myron H. Thompson

21  HEARD AT:        Montgomery, Alabama

22  HEARD ON:        March 24, 2008

23  APPEARANCES:     Jerusha Adams, Esq.
                     Tommie Brown-Hardwick, Esq.
24                   Kevin Butler, Esq.
                     Aylia McKee, Esq.
25                   Danielle Mason, Esq.
```

*x*     MITCHELL P. REISNER, CM, CRR
        Official U. S. Court Reporter
        Middle District of Alabama
        (334) 265-2500

```
 1  WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HEARD BEFORE THE HON.
    MYRON H. THOMPSON ON MARCH 24, 2008 AT THE UNITED STATES
 2  COURTHOUSE IN MONTGOMERY, ALABAMA:

 3

 4         THE COURT:  Counsel, we've received a note from a

 5  juror this morning.  One of the juror, Ms. Broadnaks, lost her

 6  sister this morning at two o'clock.  She's in the room back

 7  here.  I separated her from the other jurors, obviously because

 8  she's somewhat distressed right now.

 9         We have several alternatives as to how we should

10  proceed.

11         I understand that Ms. Naylor may have some

12  complications, too.

13         A big complicating factor here is our thirteenth

14  juror is the juror who slept in the first part of the trial.

15  We can resume the trial next Monday.

16         Ms. Broadnaks says that she thinks she'd be okay by

17  then.  Her sister is in a nursing home in Prattville.  She

18  expects funeral services will be sometime between now and

19  Saturday, and probably on Saturday.  She thinks she'd be okay

20  by then.

21         If Ms. Naylor's problems are such that she's having

22  difficulty on Wednesday, she can be moved.

23         MR. BUTLER:  The only request I would have is

24  Dr. Fulero --

25         THE COURT:  That's another complicating factor.
```

```
 1              MR. BUTLER:  We can go ahead tomorrow morning at
 2   seven --
 3              THE COURT:  Well there is no need to bring him here
 4   at seven.
 5              MR. BUTLER:  So the Court can --
 6              THE COURT:  We can accommodate him.  I would like to
 7   make it such that he's brought down here only once.  We could
 8   resume the trial either Monday or Tuesday, doing Dr. Fulero
 9   perhaps on Monday and then resuming the trial on Tuesday.  But
10   that's an alternative.
11              Now Ms. Broadnaks said that's not a problem for her.
12   Experience tells me that that could be a problem for the other
13   jurors because they set aside two weeks and they're clearly
14   into their second week.  So I'm not saying this is going to fly
15   by any stretch.
16              Why don't we hear from the other jurors first, and
17   then we'll send them out and we'll discuss what to do.  Okay?
18              Bring in the other twelve jurors.
19              By the way, before I bring in the other jurors, I
20   don't want to let the juror who slept know yet.  I will
21   probably say there may be a problem with one of you continuing
22   to serve, and that may be why we can't proceed with thirteen
23   and so forth.  But I won't embarrass him publicly.  I don't
24   think that's appropriate.
25              Bring in the other jurors.
```

```
 1              (Whereupon, the jury was escorted into the
 2   courtroom.)
 3              THE COURT:  Members of the jury, we have a
 4   complication.  Ms. Broadnaks's sister died this morning at two
 5   o'clock.  They expect -- Ms. Broadnaks is one of the jurors.
 6   She expects the funeral to be sometime between now and
 7   Saturday, probably on Saturday.
 8              I understand also, Ms. Naylor, you may have a
 9   complication, is that correct?
10              JUROR NAYLOR:  Yes, sir.  I guess I reasoned out that
11   I can't possibly make it to Selma and back.
12              THE COURT:  This may moot your issue in some ways.
13   So you're having complications about tomorrow?
14              JUROR NAYLOR:  Yes, sir.  But I might be able to
15   resolve it.
16              THE COURT:  You've heard three days of the trial.
17   We're just about to begin the defendant's case.  We expect that
18   to take a day, oh, a day and-a-half.  I would like to complete
19   this case and reach a verdict.
20              Obviously, both sides have put a lot into it.  It's a
21   very important case for both sides, and we would like to
22   continue this case.  I understand that twelve of you are left,
23   but we do have to have thirteen jurors.  We can resume the
24   trial next Monday when Ms. Broadnaks's sister will be buried on
25   Saturday.  We could resume it on next Monday.
```

```
 1              I want to know if that poses a problem for any of
 2   you, because I would like for you all to resolve this case.
 3   Does it pose a problem for you?
 4              UNIDENTIFIED HOBBS:  I'm starting a new job on the
 5   first.
 6              THE COURT:  Your name?
 7              JUROR HOBBS:  Allison Hobbs.
 8              THE COURT:  Ms. Hobbs.  Is there any way that anyone
 9   from the Court could call this person and tell them you're on
10   jury service and see if there is a possibility of working that
11   out so it would --
12              JUROR HOBBS:  I will try to work it out.
13              THE COURT:  I'd be happy to make such a call myself,
14   personally.  But I would like for you to finish this case.  You
15   put a lot of time into the case as well, and obviously when
16   someone dies we can't help that.  And it happens.  You're not
17   the first jury that this has happened to, and sometimes even
18   judges have things happen in their name during trial.
19              So if it's possible, we would like to resume it next
20   Monday.  If you can work that out and let us know, then that's
21   what we'll try to do.
22              Ms. Broadnaks is the room back here.  I just wanted
23   to keep her separate because I know this is a difficult time
24   for her.  If you'll step out again, I want to discuss this with
25   the lawyers and then we'll decide what we're going to do.
```

1               Ms. Naylor, were you able to tell us if you could --
2               JUROR NAYLOR:  I have court every day, but I cleared
3   everything for this week.
4               THE COURT:  So this may be a moot issue for the one
5   tomorrow.
6               JUROR NAYLOR:  Yes.
7               THE COURT:  Thank you very much, Ms. Naylor.
8               (Whereupon, the jury was escorted out of the
9   courtroom and the following colloquy ensued):
10              THE COURT:  Would you all like to speak to Ms.
11  Broadnaks?  She's just basically told me exactly what I've told
12  you, that her sister died and she thinks that the funeral will
13  be by Saturday and she thinks she'll be fine by Monday.
14              MR. BUTLER:  The Defense sees no reason to speak with
15  her.
16              MS. ADAMS:  No, Your Honor.
17              THE COURT:  Does anyone have a problem with starting
18  on Monday?
19              MR. BUTLER:  We've put in three calls to Dr. Fulero.
20  As soon as I get a message from him --
21              THE COURT:  It may be that we may need to speak with
22  him on Friday.  But why don't I let the jury go until Monday at
23  nine o'clock, and Ms. Broadnaks (sic.) will need to go back to
24  her trial.  And for this trial, we will come back on Monday.
25              Your client is incarcerated, is that correct?

```
1              MR. BUTLER:  Yes.
2              THE COURT:  That's why we really need to get this
3    case resolved.
4              Bring in the jury.
5              (Whereupon, the jury was escorted into the
6    courtroom.)
7              THE COURT:  Members of the jury, we're going to
8    resume, then, next Monday at nine o'clock.  You're free to go
9    until then.
10             Please turn over your notes in your chairs.  They
11   will be picked up and returned to you on Monday.  And, again,
12   do not discuss the case among yourselves or with anyone else,
13   and you should have no contact with the attorneys or parties
14   involved.
15             And, again, I want to thank you very much for this
16   accommodation.  Unfortunately, no one could have avoided it but
17   it's a very important case to both sides.
18             Yes?
19             UNIDENTIFIED JUROR:  Can I get something from Melissa
20   stating that you want to continue Monday?
21             THE COURT:  Definitely.  If you need any excuses,
22   make sure that Melissa is aware of them and we'll make sure
23   that you're taken care of.
24             Thank you very much.
25             And, ma'am, if you have a problem starting next
```

```
 1  Monday, we'll bend over backwards.
 2          UNIDENTIFIED JUROR: If I find there's a problem,
 3  I'll let you know.
 4          THE COURT: Please let us know. There is no need for
 5  you to just sit there and suffer. There's no need of that.
 6          (Whereupon, the jury was escorted out of the
 7  courtroom, and the following colloquy ensued):
 8          THE COURT: Now, the expert. Ms. Adams, do you want
 9  him in person, or would you rather complete this by phone so
10  that I can perhaps get some briefing by the end of the week?
11          MS. ADAMS: Your Honor, I would prefer to do it in
12  person so I can hand him documents.
13          THE COURT: All right. You find out when he's
14  available.
15          Why don't you and Ms. Adams first get together. I am
16  free the rest of the week. If there is something set for next
17  Monday and Tuesday, I'll move it. You give me a call as to
18  whether we can work this out as to the expert.
19          Ms. Adams, I may still want briefing on what you've
20  heard so far.
21          MS. ADAMS: Yes, sir.
22          (Whereupon, the proceedings were concluded.)
23
24                      * * * * * * *
25
```

1  COURT REPORTER'S CERTIFICATE
2
3
4    I certify that the foregoing is a correct transcript
5  from the record of proceedings in the above-entitled
6  matter as prepared by me to the best of my ability.
7
8    I further certify that I am not related to any of
9  the parties hereto, nor their counsel, and I have no
10 interest in the outcome of said cause.
11
12   Dated this 6th day of May 2008.
13
14
                           \s\ Mitchell P. Reisner, CM, CRR
15                         **MITCHELL P. REISNER, CM, CRR**
                           Official US Dist. Court Reporter
16                         Registered Professional Reporter
                           Certified   Real-Time   Reporter
17
18
19
20
21
22
23
24
25