**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **CR. No: 2:07cr165-MHT** |
| | ) | |
| **ANDREAS JEJUAN SMITH** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING and
UNOPPOSED REQUEST FOR SPECIAL SETTING OF SENTENCING HEARING**

**COMES NOW** the Defendant, Andreas Jejuan Smith, by and through undersigned counsel, Kevin L. Butler, and moves without opposition, for good cause and pursuant to Fed. R. Crim. P. 32(b) for an order continuing sentencing at least 60 days from July 3, 2008 and also requests a special setting for the sentencing hearing in this case.  In support of this motion, the Defendant would show the following:

1.     Mr. Smith has been charged in a four count indictment with: Count 1 - bank robbery; Count 2- using a deadly weapon to intimidate and interfere with the U.S. Marshals; Count 3- using a firearm in connection with a crime of violence; and Count 4 - being a felon in possession of a firearm.

2.     On April 2, 2008, a jury found Mr. Smith not guilty of Count 2 and Count 3.  The jury found Mr. Smith guilty of Count 1 and Count 4.

3.     The United States Probation Office (USPO) has prepared and provided the defense with the initial draft Presentence Investigation Report (PSI).  Because the trial transcript had not been finalized prior to the preparation of the draft PSI, the factual representations regarding the offense conduct are based upon police reports and interviews of government agents.

4.    Based upon the factual representations contained in the draft PSI, the defense believes the USPO is recommending a sentence approximately 500% greater than that which is authorized by readily provable conduct, the offenses of conviction and recommended by the United States Sentencing Guidelines (USSG).[1]

5.    On or about June 10, 2008, the defense provided the USPO with substantial objections to the factual representation and guideline calculation contained in the draft PSI.[2]

6.    On June 18, 2008, government and defense counsel met with the USPO in an attempt to resolve any objections.  Though the parties were not able to resolve any of the defense objections, all parties agreed: i) the USPO should be provided, for their review, a complete copy of the trial transcript, ii) the defense (and government) should advise the USPO of what facts (from the trial transcript) should be incorporated into the PSI, iii) the USPO should be given adequate time to review the trial transcript and determine if any requested modifications should be incorporated into the PSI and iv) steps i through iii can not be completed on or before the presently set sentencing date of July 3, 2008.

7.    Therefore, without opposition from government counsel or the USPO, the defense request that sentencing in this matter be continued for at least 60 days.  The parties further request that because the anticipated defense objections, witness testimony and complex sentencing issues will require substantial time to resolve, this case should be specially set for a

---

[1]    The defense believes the punishment authorized by the USSG and reasonable under 18 U.S.C. § 3553 is approximately 48-78 months in custody.  Though no specific sentencing recommendation is contained in the draft PSI, the USPO is indicating that under the guidelines a sentence of 360 months in custody is appropriate.

[2]    At this time, the defense does not believe the government has filed any objections to the PSI.

2

sentencing hearing.[3]

WHEREFORE, for these reasons, the Defendant prays that this Motion be granted.

Dated this 19th day of June, 2008

                                   Respectfully submitted,


                                   s/ Kevin L. Butler
                                   KEVIN L. BUTLER
                                   First Assistant Federal Defender
                                   201 Monroe Street, Suite 407
                                   Montgomery, Alabama 36104
                                   Phone: (334) 834-2099
                                   Fax: (334) 834-0353
                                   E-mail: kevin_butler@fd.org
                                   AZ Bar Code: 014138

---

[3]        The complexity of the sentencing issues presented is reflected in the fact that even prior to the preparation of the draft PSI, the Court ordered the parties to address and brief whether the Court can consider acquitted conduct in calculation of the potential penalty.

3

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | |
| **V.** | **)** | **CR. No: 2:07cr165-MHT** |
| | **)** | |
| **ANDREAS JEJUAN SMITH** | **)** | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138