IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr165-MHT |
| ANDREAS JEJUAN SMITH | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to continue sentencing and for special setting (doc. no. 136) is granted.

(2) Sentencing for defendant Andreas JeJuan Smith, now set for July 3, 2008, is continued to October 9, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(3) By October 1, 2008, the parties are to file supplemental sentencing memoranda that address all objections, if any, in the presentence report.

DONE, this the 20th day of June, 2008.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE