Motion ~~of Deprivation~~ of Speedy Trial Rights
Andreas Smith Pro Se

Defendant ~~[redacted]~~          Case # cr.00165 MHT 007
+                                 Docket. NO. 2.07
Plantiff
USA Government

U.S. 18 § 3161 Criminal Procedure
the defendant right to speedy trial rights was violated
Chapter 208 Speedy trial. U.S. 18 § 3161(c)(1)

1) In Any case in which a plea of not guilty is entered the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within Seventy day from the filing date.

2)     US 18 § 3173 Sixth Amendment rights
No provision of this chapter shall be interpreted as a bar to any claim of denial of speedy trial as required by Amendment VI of Constitution (Added) by Pub.L 93-619 Title I § 101 Jan 3, 1975 88 Stat. 2085

3) The defendant Andreas Smith was Arrested on August 28, 07 And taken in to Federal custody Information was file in the form of an Indictment on or about August 2007 in which his trial did not start until March 19, 08 this time period of time by far exceeded the Seventy days alowded by US 18 § 3161 Criminal Procedure, Of the Speedy Trial Act

4) The defendent Andreas Smith did not sign or Agree for his Attorney Kevin Butler to waive his Speedy Trial Rights which Violated his Six Amendment and now is a Conflict of Interest with his Attorney Kevin Butler.

5) The defendent Andreas Smith was solely waiting on trial US 18 & 3174 Judicial emergency and Implementation (B) states the Time limits for the Trial of Cases of detained person who are being detained solely because they are awaiting trial shall not be affected by the provision of this section.

6) The defendent Andreas Smith was not given any reason by written statements or oral by the court or by his Attorney Kevin Butler as to why his Speedy Trial rights were in fact Violated.

7) The defendent Andreas Smith prays the Courts will Grant this motion and see it as a Violation of my Six Amendment right and a Conflict of interest with my Appointed Attorney.

= Kemuir Sign: Andreas Smith

Certificate of Service

I swear that all information is true & correct to the best of my ability I have sent by US Mail a copy this motion to

Office of Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

From: Andreas Smith
P.O. Drawer 159
Montgomery Ala. 36101

Sign: Andreas Smith

Salam;