IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )      2:07cr165-MHT
ANDREAS JEJUAN SMITH          )

<u>ORDER</u>

It is ORDERED that the government show cause, if any

there be, in writing by July 25, 2008, as to why

defendant Andreas JeJuan Smith's motion for violation of

speedy trial rights (Doc. No. 138) should not be granted.

DONE, this the 11th day of July, 2008.


            /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE