IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-165-MHT |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Show Cause Order of July 11, 2008 (Doc. # 139), as follows:

1. The defendant, appearing *pro se*, filed a Motion and Violation of Speedy Trial Rights (Doc. # 138), asserting that his rights under the Speedy Trial Act were violated.[1]

2. The Speedy Trial Act requires that a person be tried within seventy days of his indictment or first appearance before a judge or magistrate, whichever occurs later. 18 U.S.C. § 3161(c)(1). If a defendant is not brought to trial within the time limit required, the Court must dismiss the indictment on motion by the defendant. 18 U.S.C. § 3162(a)(2).

3. On August 15, 2007, Defendant was charged in a four-count indictment with robbing a bank, shooting at federal officers, using a firearm in furtherance of a crime of violence, and possessing a firearm after having been previously convicted of a felony. (Doc. # 3.) On August 28, 2007, Defendant was arraigned and his trial was set for November 5, 2007. (Doc. # 11.)

---

[1] Notably, the defendant asserts that a conflict of interest exists with his counsel due to the violation of the Speedy Trial Act and his counsel's failure to provide "any reason by written statements or oral by the court" as to why the violation occurred. (Doc. # 138 at ¶¶ 4, 6.) The undersigned pretermits discussion on this issue as said matter can only be addressed by defense counsel.

4. On October 17, 2007, the defendant filed an Unopposed Motion to Continue Trial. (Doc. # 18.) On October 18, 2007, the Court entered an Order continuing the trial in this cause from November 5, 2007, to December 10, 2007. (Doc. # 19.) In said Order, the Court concluded that "the ends of justice served by granting a continuance outweigh the interest of the public and [the defendant] in a speedy trial" because the defendant's motion to suppress identification and motion to sever were pending before the Court and additional time would permit for "careful consideration and resolution of these motions prior to trial." (*Id.*)

5. On December 7, 2007, based upon motion by the Government, the Court entered an Order continuing the trial in this cause from December 10, 2007, to March 17, 2008. (Doc. # 63.) The Court concluded that "the ends of justice served by granting a continuance outweigh the interest of the public and [the defendant] in a speedy trial" because Defendant's late filing of a notice of intent to call an expert witness on cross-racial identification and notice of intent to bring an alibi defense caused the government to need additional time to investigate fully the alibi defense and obtain its own cross-racial identification expert. (*Id.*)

6. On March 19, 2008, the trial began. (*See* Doc. # 86.) On April 2, 2008, the jury returned a verdict finding Defendant guilty of two counts of the indictment. (Doc. # 117.)

7. The United States submits that Defendant waived his right to object to any delay preceding the commencement of the March 2008 trial because he failed to move for dismissal under the Speedy Trial Act prior to the start of that trial. The Speedy Trial Act provides that the "[f]ailure of the defendant to move for dismissal prior to trial . . . shall constitute a waiver of the right to dismissal . . . ." 18 U.S.C. § 3162(a)(2). *See United States v. Miles*, 290 F.3d 1341, 1349 n.5 (11th

Cir. 2002). Thus, any violation of the Speedy Trial Act has been waived by Defendant[2] and his motion should be denied.

Respectfully submitted, this the 16th day of July, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Jerusha T. Adams
>JERUSHA T. ADAMS
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334-223-7280 phone    334-223-7135   fax
>jerusha.adams@usdoj.gov

---

[2] Alternatively, the United States submits that Defendant's rights under the Speedy Trial Act were not violated as the unresolved motion to suppress and motion to sever tolled the computation of time, *see* 18 U.S.C. § 3161(h)(1)(F), and the continuances granted by the Court tolled the computation of time, *see* 18 U.S.C. § 3161(h)(8)(A).

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:07-cr-165-MHT |
| | ) |
| ANDREAS JEJUAN SMITH | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kevin L. Butler, and that I sent a true and correct copy of the above, postage pre-paid and properly addressed to:

Andreas Smith
Montgomery City Jail
P.O. Box 159
Montgomery, AL 36101

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135   fax
jerusha.adams@usdoj.gov

-4-