**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | **CR. No: 2:07cr165-MHT** |
| | ) | |
| ANDREAS JEJUAN SMITH | ) | |

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

**COMES NOW** undersigned counsel and moves to withdraw as counsel for Andreas Jejuan Smith and requests this Court to order the substitution of panel attorney Richard Keith, Esq. In support of this motion, undersigned counsel states:

1.  On August 15, 2007, an indictment was filed charging Mr. Smith with: Count 1 - bank robbery; Count 2 - using a deadly weapon to intimidate and interfere with the U.S. Marshals; Count 3 - using a firearm in connection with a crime of violence; and Count 4 - being a felon in possession of a firearm.

2.  On August 28, 2007, the Office of the Federal Defender was appointed to represent Mr. Smith. On September 4, 2007, undersigned counsel noticed his appearance on behalf of Mr. Smith.

3.  Trial was subsequently scheduled for December 10, 2007.

4.  On December 4, 2007, undersigned counsel provided the government with notice that at trial the defense would present an alibi defense. (Doc. # 48.) On December 5, 2007, the defense provided the government with formal notice that the defense would also present expert testimony on eyewitness identification. (*See* Doc. # 55 at 2.)

5.  On December 7, 2007, based on the defense's "late" notice of alibi defense and expert

testimony, the Court granted the government's request for a continuance. (Docket # 63.)[1]

Trial was subsequently set (and conducted) on March 19, 2008. Mr. Smith was found not

guilty and acquitted on Counts 2 and 3 and convicted on Counts 1 and 4.

6.    On July 2, 2008, unbeknownst to undersigned counsel, Mr. Smith filed a pro se motion to

dismiss his case based upon violation of his right to a speedy trial. (Doc. #.138.) The

government has subsequently responded. (Doc. #.143.)

7.    In his pro se pleading, Mr. Smith alleges undersigned counsel was ineffective and states he

is "now in a conflict of interest with" undersigned counsel. (Doc. #.138 at paragraph 4 and

7.) He asserts that undersigned counsel did not explain to him the reasons for the

continuance of this trial. (*Id* at paragraph 6.)

8.    Undersigned counsel has met with Mr. Smith to discuss his pro se filing, determine the

nature of the "conflict", and determine if Mr. Smith sought to have the Court appoint new

counsel.

9.    The meeting between undersigned counsel and Mr. Smith did not resolve what Mr. Smith

believes to be a conflict of interest with undersigned counsel. Additionally, Mr. Smith

expressed reservations as to whether undersigned counsel was effective and was zealously

representing his interests.

10.   As it does not appear that undersigned counsel will be able to resolve the breakdown in

communications and/or trust with Mr. Smith, it is in the interest of justice to appoint new

counsel to represent Mr. Smith.

11.   Because of voluminous and complex sentencing issues present in this case, sentencing has

---

[1] Also, on December 6, 2007, the defense moved to dismiss the case as a result of
discovery violations. (Doc. #.58.) The motion was denied. (Doc. # 66.)

been scheduled for October 9, 2008.  This will allow new counsel adequate time to prepare

for the next scheduled hearing.

12.    CJA Panel Attorney Richard Keith has agreed to accept appointment to represent Mr. Smith.

**WHEREFORE**, Mr. Smith respectfully requests that this Motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **CR. No: 2:07cr165-MHT** |
| | ) | |
| **ANDREAS JEJUAN SMITH** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138