IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr165-MHT
ANDREAS JEJUAN SMITH        )
```

## ORDER

Based upon the representations made in court on July 22, 2008, it is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 144) is granted.

(2) The motion for substitution of counsel (Doc. No. 144) is granted.

(3) CJA Panel Attorney Richard Keith is appointed to represent defendant Andreas JeJuan Smith.

DONE, this the 23rd day of July, 2008.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE