IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr165-MHT |
| | ) | |
| **ANDREAS JEJUAN SMITH** | ) | |

### MOTION TO WITHDRAW COUNSEL

**COMES NOW** undersigned counsel, Aylia McKee, moves to withdraw as counsel in this matter, pursuant to the reasons set forth in motion to withdraw (Doc. 144) filed by co-counsel, Attorney Kevin L. Butler.

**WHEREFORE**, the undersigned counsel respectfully requests the court relieve, Aylia McKee, as counsel for Mr. Smith.

Dated this 24th day of July, 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | )   CR. No: 2:07cr165-MHT |
| | ) |
| ANDREAS JEJUAN SMITH | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M