IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      2:07cr165-MHT
ANDREAS JEJUAN SMITH        )
```

## ORDER

It is ORDERED that the motion to withdraw as counsel (Doc. No. 147) is granted.

DONE, this the 25th day of July, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE