IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA  )
                          )
        v.                )    CRIMINAL ACTION NO.
                          )      2:07cr165-MHT
ANDREAS JEJUAN SMITH       )

ORDER

It is ORDERED that the motion to withdraw as counsel

(Doc. No. 151) is granted.

DONE, this the 1st day of August, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE